# EXHIBIT 1

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

DAVID G. FAULK, BONNIE J. FAULK,
_____
Plaintiff(s),

vs.

JELD-WEN, INC. d/b/a POZZI WINDOW COMPANY

SPENARD BUILDERS SUPPLY, LLC

_____
Defendant(s).
RODERICK C. WENDT

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 3AN- 22-06536 CI

**SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: __Jeld-Wen, Inc.__

You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at 825 W. 4th
Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In
addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if
unrepresented) Charles G. Evans, Jermain Dunnagan & Owens _____, whose address is:
3000 A. St., Suite 300, Anchorage, AK 99503        cevans@jdolaw.com                .

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in
this case, in writing, of your current mailing address and any future changes to your mailing
address and telephone number. You may use court form *Notice of Change of Address /
Telephone Number* (TF-955), available at the clerk's office or on the court system's website at
https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf to inform the court. - OR - If you
have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge _____Zeman_____
and to a magistrate judge.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

__6 | 13 | 2022__
Date

By: _____
Deputy Clerk

I certify that on __6 | 13 | 2022__ a copy of this summons was ☐ mailed ☑ given to
☐ plaintiff ☑ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk __JV__

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If
you have been served with this summons outside the United States, you also have 40 days to
file your answer.

CIV-100 ANCH (10/17)(cs)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Charles G. Evans, Esq.
Nicholas I. Bajwa, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
cevans@jdolaw.com
nbajwa@jdolaw.com
Attorneys for David G. and Bonnie J. Faulk

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

## SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DAVID G. FAULK, BONNIE J. FAULK,<br>Plaintiffs,<br><br>v.<br><br>JELD-WEN, INC. d/b/a POZZI WINDOW COMPANY; SPENARD BUILDERS SUPPLY, LLC; and RODERICK C. WENDT,<br>Defendants. | Case No. 3AN-22-_____CI |

## CLASS ACTION COMPLAINT

1.    Plaintiffs, David G. and Bonnie J. Faulk, individually and on behalf of others similarly situated, allege for this Class Action Complaint against Defendant Jeld-Wen, Inc. ("Jeld-Wen"), and Spenard Builders Supply, LLC ("Spenard") and Roderick C. Wendt, ("Wendt") upon personal knowledge as to themselves and their own acts, and as to all other matters upon information and belief, as follows:

### INTRODUCTION

2.    This is a proposed class action brought by Plaintiffs on behalf of themselves and others, as defined more fully herein, who are owners in Alaska of commercial and residential structures with windows purchased from Pozzi from January 1, 1999 through December 31, 2010. Pozzi was a division of Jeld-Wen which controlled, directed and is

liable for the defective windows manufactured and marketed under the Pozzi brand. As a controlling owner, officer and director of Pozzi Window Company, Roderick C. Wendt is responsible and liable for the acts of Pozzi Window Company asserted in this class action.

3.    Unknown to Plaintiffs and the Class, Pozzi windows were manufactured with defects including a defective resin, which consequently required that the glass and windows be replaced. Jeld-Wen's acts and omissions in connection with its sale and delivery of the defective windows violates Alaska law, specifically, among other laws, the Alaska the consumer protection laws, and constitutes common law fraud, breach of contract and warranty, breach of implied warranty, breach of the duty of good faith and fair dealing, unjust enrichment and acts justifying declaratory relief as appropriate.

4.    Although Jeld-Wen knew or should have known of the true defective nature of the windows, Jeld-Wen failed to remove the windows from the marketplace or thereafter to take in good faith and fair dealing adequate remedial action with its customers. Rather, Jeld-Wen continued to sell the windows and failed to replace them without charge while knowing, or recklessly not knowing, that the windows would fail due to admitted manufacturing defects by Pozzi Window Company.

5.    As a consequence of Jeld-Wen's active concealment of the defects and its false and misleading statements to consumers, including Plaintiffs, who inquired about their windows, Plaintiffs and the Class purchased, currently own defective windows, and made numerous claims for warranty and replacement which Jeld-Wen failed to address in good faith and fair dealing. Instead of admitting the known defects and recalling the defective windows, replacing them without cost to the consumers Jeld-Wen denied its windows were inherently defective, obfuscated, confounded, lied, offered bait and switch partial performances, demanded and received payments which were not due, and, among other things, issued written warranties which Jeld-Wen applied to pre-existing purchases. Plaintiffs and the Class have lost the entire value of their windows, and/or have been forced to replace their windows at a significant cost, and/or have suffered other forms of

{01250728} Complaint
Faulk v Jeld-Wen et al.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

economic loss as a result of Jeld-Wen's design, distribution, sale and active concealment of its manufacturing defects in connection with the windows.

6.    The causes of action alleged herein accrued upon discovery of the defective nature of the windows and the refusal of Jeld-Wen to replace the defective windows. Because the defect is latent, and Jeld-Wen actively took steps to conceal it, among other reasons, Plaintiffs and Class Members did not discover and could not have discovered the defect through reasonable and diligent investigation until the refusal of Jeld-Wen to replace the windows. Moreover, reasonable and diligent investigation into the cause of the failed windows did not and could not reveal a factual basis for a cause of action based on Jeld-Wen's fraudulent concealment of the defects. In addition, Jeld-Wen in part adopted a program of intentionally delaying its response to warranty claims and failing to fully perform offers of partial performance of warranties which purchasers agreed to accept and on or about 2004 terminated the Pozzi brand as part of a scheme to deny benefits to the purchasers of Pozzi Windows.

7.    Any applicable statutes of limitation have been tolled by Jeld-Wen's knowing and active concealment and denial of the facts as alleged herein, which concealment is ongoing. Plaintiffs and the Class have been kept ignorant by Jeld-Wen of information essential to the pursuit of these claims without any fault or lack of diligence on their part. Plaintiffs and members of the Class could not reasonably have discovered the true, latent defective nature of the windows until Jeld-Wen finally refused to replace the windows.

## PARTIES

8.    David G. Faulk is an individual who owns and resides at 8631 Bluffwood Circle, Anchorage, Alaska (the "Residence"). Bonnie J. Faulk is an individual who owns and resides at the Residence. David G. Faulk is married to Bonnie J. Faulk. David and Bonnie Faulk are the owners of Alaska Pacific Leasing and Alaska Pacific Transport, Inc. both of which were agents for David and Bonnie Faulk in the purchase of the Pozzi windows from Spenard.

9.    Plaintiffs are residents of the Third Judicial District of Alaska and are qualified in all respects to bring this action.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

10.     Upon information and belief, Defendant Jeld-Wen, Inc. is a foreign corporation organized in the state of Oregon or some other state in the United States. Pozzi Window was and is a division of Jeld-Wen and in the remainder of this Complaint all references to Pozzi or Pozzi Windows will be deemed a reference to Jeld-Wen and all references to Jeld-Wen will be deemed a reference to Pozzi or Pozzi Windows. Roderick C. Wendt at all relevant times was an owner, officer and director of Jeld-Wen.

11.     Defendant Spenard Builders Supply, LLC is a limited liability company organized in the state of Alaska and does business in Alaska, including the Third Judicial District.

12.     Defendant Jeld-Wen held itself out to the public as the manufacturer of Pozzi windows.

13.     Spenard held itself out to the public as an authorized dealership, distributor, and agent of Pozzi Windows and Jeld Wen and sold Pozzi Windows to the Plaintiffs and Class Members in the State of Alaska.

## JURISDICTION AND VENUE

14.     This Court has personal jurisdiction over Jeld-Wen, Spenard, and Roderick C. Wendt pursuant to Alaska Statute 09.05.015.

15.     This Court has subject matter jurisdiction of the claims asserted herein as the amount of controversy exceeds the sum of value of $100,000.00 exclusive of interest and costs and is a class action in which members of the class of Plaintiffs are citizens of the Third Judicial District at Anchorage or the State of Alaska.

16.     Venue is proper in this Court under Alaska Rules of Civil Procedure 3 insofar a substantial part of the acts or omissions giving rise the Plaintiffs claims occurred in the Third Judicial District, at Anchorage.

## GENERAL ALLEGATIONS

17.     Jeld-Wen designed, manufactured, marketed and sold their windows to thousands of consumers from not later January 1, 1999 through 2004 under the "Pozzi" brand name.

18.     Unbeknownst to Plaintiffs and the Class, the windows were defectively manufactured and/or designed from the outset and continued to be defectively

{01250728} Complaint
Faulk v Jeld-Wen et al.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

manufactured and/or designed during the entire time that the windows were manufactured, distributed and sold from January 1, 1999 through 2004.

19.     Undisclosed to Plaintiffs and the Class, Pozzi windows were manufactured with defects including resins that did not contain enough UV absorber. Manufacturing windows with resins with low amounts of UV absorbers makes the glass weak and subject to UV deterioration, and the windows did and inevitably will fail as a result. The defects with Jeld-Wen windows including those related to the use of this resin are independent of installation issues and require replacement of the defective Pozzi windows.

20.     Jeld-Wen knew or should have known that the Pozzi windows were not suitable for residential or commercial use and that the glass was subject to fail due to its inherent defects.

21.     After the sale of the windows, Jeld-Wen uniformly concealed material information regarding the defective nature of the windows.

22.     Jeld-Wen, upon learning that the Pozzi windows were manufactured with defects, should have disclosed the inherent defects to consumers, and should have fully compensated owners for all damages arising from the need to replace the defective windows. Jeld-Wen failed to make these disclosures, and failed to fully compensate owners for all damages arising from the need to replace the defective windows.

23.     Moreover, Jeld-Wen concealed and continues to conceal the true defective condition of the Pozzi windows. Jeld-Wen even concealed the extent of the defects in design and manufacture when Class Members including Plaintiffs, complained to Jeld-Wen seeking replacement of their failed and failing windows.

24.     Jeld-Wen represented and warranted to Plaintiffs and the Class that the Pozzi windows were free from defects and were of merchantable quality. Plaintiffs' experiences mirrors those of other purchasers of Pozzi windows and reveal that Jeld-Wen's representations are false in that the Pozzi windows are defective and not of merchantable quality.

(01250728) Complaint
Faulk v Jeld-Wen et al.

Page 5 of 16
3AN-22_____CI

25.    Jeld-Wen has offered in some instances to provide new windows sometimes without costs, others times at "discounted" costs to some of its customers; however, individual customers including Plaintiffs are and have been held responsible for charges for the replacement windows and the costs of replacing the defective windows.

26.    Knowing that the Pozzi windows were defective, Jeld-Wen sometime about 2004 discontinued the sale of its windows under the Pozzi brand and thereafter closed the offices, cut off the telephones, and contact information of Pozzi, with the intent of concealing the defects in the Pozzi windows and denying legitimate warranty claims. Roderick C. Wendt approved the schemes alleged in paragraphs 17 through 26 and is personally liable for the actions of Jeld-Wen alleged in this complaint.

## CLASS ALLEGATIONS

27.    Plaintiffs brings all claims herein as class claims pursuant to Alaska Civil Rule 23.

28.    The requirements of Alaska Civil Rule 23 are met with respect to the Subclasses defined below:

a. Subclass A: End users in Alaska who purchased Pozzi windows from Spenard from January 1, 1999 to December 31, 2004 and, upon failure of the windows, Pozzi did not offer and complete installation of replacement windows at no cost;

b. Subclass B: End users in Alaska who purchased Pozzi windows from Spenard from January 1, 1999 to December 31, 2004, upon failure of the windows, Pozzi offered but failed to complete installation of replacement windows at a discounted price or where Pozzi required the purchaser to pay labor and/or installation costs.

29.    Members of Subclasses A and B (collectively the "Class") are readily identifiable from the business records of Jeld-Wen and Spenard. Excluded from the Class are Jeld-Wen, any entities in which it has a controlling interest, any of its parents, subsidiaries, affiliates, officers, directors, employees and members of such persons' immediate families, and similarly the same exclusions for Spenard, the presiding judge(s) in this case and his, her or their immediate family.

30.    The Subclasses satisfy all of the statutory prerequisites for class certification.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

31.    **Numerosity**. Joinder of all members of the Subclasses is impracticable, as it consists of hundreds, perhaps thousands of persons who reside in the Third Judicial District or any other District in Alaska. Although the precise number of Subclass members is unknown to Plaintiffs, given the number of Jeld-Wen windows sold in the Third Judicial District or the State of Alaska, this action amply satisfies the numerosity requirement. The number of Class members can be determined through appropriate discovery.

32.    **Commonality**. This case presents multiple questions of fact and law common to the Class, which common questions predominate over any questions affecting only individual members of the Class. As set forth herein, Jeld-Wen has acted wrongfully in the same basic manner as to each Subclass. The claims of Plaintiffs and the Class are based upon the manufacture of window with the same defective resin.

33.    There are common questions of law or fact that predominate over issues affecting only individual members of each Subclass, including, inter alia:

a. Whether Jeld-Wen's windows contain a latent defect, e.g., that they were manufactured with defective resin;

b. Whether Jeld-Wen made judicial admissions in prior litigation that constitute res judicata or collateral estoppel for the case sub judice;

c. Whether the complained-of defect and/or common design defect caused damages sustained by Plaintiffs and the Class, including replacement of windows and all costs associated with the same;

d. Whether Jeld-Wen had actual or imputed knowledge of the complained-of defect but did not disclose such defect to Plaintiffs or the Class;

e. Whether Jeld-Wen's conduct constitutes a violation of Alaska law or alternatively its consumer protection statutes and law of fraud;

f. Whether Jeld-Wen has breached expressed and/or implied warranties;

g. Whether Jeld-Wen was unjustly enriched by its conduct; and

h. Whether Plaintiffs and the Class have been damaged, and if so, what is the proper measure of such damages?

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

34.     **Typicality.** Plaintiffs has the same interests in this matter as all other members of the Class, and their claims are typical of all members of the Class.

35.     **Adequacy.** Plaintiffs, as representative, will fairly and adequately protect the interests of the Class. Plaintiffs has no interests antagonistic to those of other Class members. The claims of Plaintiffs and the Subclasses are premised upon the same underlying facts; thus, by proving their own claims, Plaintiffs will prove the claims of the Subclasses.

36.     Plaintiffs have retained competent counsel experienced in class action litigation, and has and will continue to prosecute this action vigorously.

37.     **Appropriateness/Superiority.** A class action is an appropriate and superior method for the fair and efficient adjudication of this controversy. In addition to the problems inherent in joinder of all members of the Class, the economic damages suffered by each individual member of the Class are relatively small, so that the expense and burden of individual litigation would make it unlikely that individual members of the Subclasses would be able to take on a large corporate defendant like Jeld-Wen in a complex matter such as this. Absent a class action, Jeld-Wen will likely continue to profit at the expense of Plaintiffs and the Subclasses.

38.     Furthermore, the cost to the court system of individualized litigation would be substantial. Individualized litigation would also present the potential for inconsistent or contradictory judgments and would magnify the delay and expense to all parties and the court system in multiple trials of identical or similar factual issues. Without this class action, Plaintiffs and the Class members will effectively be left without redress or a remedy.

**COUNT I**
**BREACH OF CONTRACT AND EXPRESSED WARRANTY**

39.     Plaintiffs purchased Pozzi Windows for its Residence from Spenard in 1999 with delivery and installation in 2000 and 2001 with a lifetime warranty against defects including the costs of installation.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

40.     When Pozzi windows in the Residence began failing, Jeld-Wen initially on at least three separate occasions ratified and confirmed by it acts and statements the lifetime warranty extended to Plaintiffs, that is Pozzi replaced and installed windows in the residence that failed and occluded the view outside at no costs.

41.     During the continued incremental failure of individual windows or several windows and in response to demands of Plaintiffs to replace of all Pozzi windows, Pozzi took the position it would replace windows but only after the failure of a particular specific window.

42.     About 2016, Pozzi, in response to the demands of Plaintiffs, changed its position requiring Plaintiffs to pay a portion of the significantly "discounted" costs for replacement windows. Plaintiffs paid Pozzi on or about May 9, 2016, the amount of $1,814.01, on or about April 19, 2017 the amount of $4,400.00 for claim 21G16038/quote 242178 and on or about July 22, 2018 in the amount of $6,637.62 for Quote CE318097, order G2218377671190. On each occasion Jeld-Wen sent Plaintiffs replacement windows which failed to meet the description of the replacement windows agreed to by Plaintiffs and Jeld-Wen. Pozzi breached the substituted warranty fulfillments with Plaintiffs most recently under quote CE318097 order G2218377671190.

43.     On or about July 31, 2020, Pozzi finally refused to provide partial or complete warranty obligations in relation to quote CE318097 order G2218377671190. On September 22, 2020 David Faulk objected to the final failure of Pozzi to live up to its warranty obligations as shown by Exhibit 1 attached to this complaint.[1]

44.     Any statute of limitations on the contract and fraud claims of Plaintiffs, commence no earlier than July 31, 2020.

45.     Plaintiffs have suffered damages due to the breach of the express lifetime warranty of Pozzi of not less the $1,000,000, the actual amount to be proven at trial, including the estimated replacement costs as shown by Exhibit 2, in the amount of $811,105 dated October 6, 2021.[2]

---

[1] Sept. 22, 2020 Faulk email to Jeld-Wen
[2] October 6, 2021 quote by Renewal by Anderson

(01250728) Complaint
Faulk v Jeld-Wen et al.

## COUNT II
## BREACH OF IMPLIED WARRANTY
## OF MERCHANTABILITY

46.     Plaintiffs repeats and realleges the allegations of the prior paragraphs, as if fully stated herein.

47.     Jeld-Wen was a merchant that regularly engaged in the manufacture and sale of Pozzi windows during the period 1999 through 2010.

48.     There is an implied warranty that the Pozzi windows sold by Jeld-Wen to Plaintiffs and the Class were fit for ordinary purposes for which such windows were used; *i.e.,* for use in commercial and residential buildings.

49.     The Pozzi windows sold by Jeld-Wen were defective in part as the result of a defective resin, or otherwise, and were not as promised, and were not suitable to be used as windows in homes such as the Residence of Plaintiffs or other residential or commercial buildings.

50.     Plaintiffs and the Class notified Jeld-Wen of its breach within a reasonable time after they discovered, or should have discovered, the breach and as a result of Jeld-Wen's breach, Plaintiffs and the Class have suffered economic damages related with the costs of replacing the defective windows or charges for the "discounted" costs of replacement windows or installation costs thereof.

## COUNT III
## BREACH OF IMPLIED WARRANTY
## OF FITNESS FOR A PARTICULAR PURPOSE

51.     Plaintiffs repeats and realleges the allegations of the prior paragraphs, as if fully stated herein.

52.     Jeld-Wen knew that Plaintiffs and the Class were purchasing its Pozzi windows for the particular purpose of installing windows and windows in their commercial and residential buildings, and knew that Plaintiffs and the Class were relying on Jeld-Wen's skill and judgment to select and furnish the window.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

53.     The defective nature of the Pozzi windows rendered them unsuitable for the particular purpose warrantied by Jeld-Wen.

54.     Plaintiffs and the Class notified Jeld-Wen of its breach within a reasonable time after they discovered, or should have discovered, the breach.

55.     As a result of Jeld-Wen's breach, Plaintiffs and the Class have suffered economic damages related to the costs of replacing the defective windows or the costs for discounted windows or the installation costs thereof.

## COUNT IV
## VIOLATION OF ALASKA ULAWFUL
## TRADE PRACTICES ACT

56.     Plaintiffs repeats and realleges the allegations of the prior paragraphs, as if fully stated herein.

57.     Plaintiffs brings this claim pursuant to AS 45.50.471-561, Alaska Unfair Trade Practices and Consumer Protection Act (UTPA).

58.     At all relevant times, Jeld-Wen provided and offered goods and/or services as defined in AS 45.10.220.

59.     At all relevant times, Plaintiffs and the Class were consumers, as defined by the Act.

60.     Jeld-Wen, in the course of its business, used and/or employed a method, act or practice declared unlawful by AS 45.50.471 et seq. In particular, Jeld-Wen committed a deceptive, misleading, and unfair trade practice by supplying Pozzi windows that were not suitable for residential or commercial use but were subject to inevitable failure; not disclosing the inherent defects of the Pozzi windows to consumers upon learning of the defective resin or other defects; not fully compensating consumers who own Pozzi windows for all damages incurred in replacing such windows.

61.     Plaintiffs and the Class suffered an ascertainable loss of money or property, real or personal, as a result of Jeld-Wen's unlawful conduct. In particular, Plaintiffs and the Class were damaged by Jeld-Wen's deceptive and unfair practices in that they paid for

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Pozzi windows that were inherently defective; not being fully informed of the inherent defect of the Pozzi windows; and not being fully compensated for damages arising from replacing the Pozzi windows.

62. In causing the losses suffered by Plaintiffs and the Class, Jeld-Wen acted willfully, recklessly and/or knowingly.

63. The damages suffered by Plaintiffs and the Class were directly and proximately caused by the deceptive, misleading and unfair practices of Jeld-Wen, as more fully described herein.

64. Jeld-Wen's practice and course of conduct, as alleged herein has misled the consumer acting reasonably in the circumstances, to the consumer's detriment.

65. Further, Jeld-Wen has engaged in an unfair and deceptive practice that offends established public policy, and is one that is immoral, unethical, oppressive, unscrupulous and/or substantially injurious to consumers.

66. Plaintiffs has retained the services of the undersigned attorneys who are entitled to a reasonable fee upon prevailing pursuant to AS 45.50.471 et seq.

67. Plaintiffs seeks to obtain a pecuniary benefit for the Class in the form of all actual and consequential damages recoverable from Jeld-Wen, Spenard and Roderick C. Wendt; and/or, alternatively, in the form of statutory damages trebled damages for every defective window and/or glass door sold by Jeld-Wen to members of the Class. Plaintiffs also seeks to obtain a non-pecuniary benefit for the Class in the form of injunctive relief against Jeld-Wen. Plaintiff's counsel are entitled to recover their reasonable attorneys' fees and expenses as a result of the conference of a pecuniary and non-pecuniary benefit on behalf of the Class, and will seek an award of such fees and expenses at the appropriate time.

## COUNT V
## UNJUST ENRICHMENT

68. Plaintiffs repeats and realleges the allegations of the prior paragraphs, as if fully stated herein.

(01250728) Complaint
Faulk v Jeld-Wen et al.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA, 99503
(907) 563-8844
FAX (907) 563-7322

69. Plaintiffs and the Class have conferred benefits on Jeld-Wen by paying for windows which were not properly manufactured, and as such were not suitable for residential or commercial use, and were subject to fail.

70. Jeld-Wen knowingly and willingly accepted and/or retained this benefit from Plaintiffs and the Class.

71. Jeld-Wen's unfair and deceptive methods employed in obtaining and/or retaining this benefit, and failure to supply windows and doors suitable for residential and commercial use, make it inequitable for Jeld-Wen to retain this benefit at the expense of Plaintiffs and the other members of the Class.

72. Jeld-Wen has been unjustly enriched at the expense of and detriment to Plaintiffs and the Class by wrongfully collecting money to which Jeld-Wen, in equity, is not entitled, and keeping that money knowing the windows and glass doors had defective glass and were not suitable for their intended purpose.

73. Plaintiffs and the Class are entitled to recover from Jeld-Wen all amounts wrongfully collected and improperly retained by Jeld-Wen, plus interest thereon. As a direct and proximate result of Jeld-Wen's unjust enrichment, Plaintiffs and the Class have suffered injury and are entitled to reimbursement, restitution and disgorgement from Jeld-Wen of the benefits conferred by Plaintiffs and the Class.

74. Plaintiffs seeks to obtain a pecuniary benefit for the Class in the form of all reimbursement, restitution, and disgorgement from Jeld-Wen. Plaintiffs' counsel are entitled to recover their reasonable attorneys' fees and expenses as a result of the conference of a pecuniary benefit on behalf of the Class, and will seek an award of such fees and expenses at the appropriate time.

## COUNT VI
### BREACH OF THE IMPLIED COVENANT TO ACT IN GOOD FAITH AND FAIR DEALING

75. Plaintiffs repeats and realleges the allegations of the prior paragraphs, as if fully stated herein.

{01250728} Complaint
Faulk v Jeld-Wen et al.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

76. Jeld-Wen and Spenard breached its obligations to act in good faith and fair dealing with Plaintiffs by failing to disclose the defects in the Pozzi Windows and honor its warranties.

77. Jeld-Wen and Spenard breached its obligations to act in good faith and fair dealing with Plaintiffs in at least the following ways:

    a. Failing to inform purchasers of Pozzi Windows of the inherent defects due to its manufacture of Pozzi Windows

    b. Refusing to provide replacement windows and installation at its own costs.

    c. Supplying Pozzi windows that were not suitable for residential or commercial use but were subject to inevitable failure;

    d. Not disclosing the inherent defects of the Pozzi windows to consumers upon learning of the defective resin or other defects;

    e. Not fully compensating consumers who own Pozzi windows for all damages incurred in replacing such windows;

    f. By knowing that consumers were relying on Jeld-Wen's skill and judgment to select and furnish the windows suitable for residential and commercial use.

    g. Taking actions including discontinuance of the Pozzi brand and concealing the Pozzi contact information with the purpose of denying the inherent defects of the Pozzi widows all in an effort to limit its exposure to consumers for warranty claims and damages caused by its wrongful acts.

78. Jeld-Wen, Spenard, and Roderick C. Wendt are liable to Plaintiffs for damages as may be proven at trial for breach of the implied covenant to act in good faith and to fair dealing.

## COUNT VII
## PREMISED ON FRAUD AND MISREPRESENTATION

79. Plaintiffs repeats and realleges the allegations of the prior paragraphs, as if fully stated herein.

{01250728} Complaint
Faulk v Jeld-Wen et al.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

80. Jeld-Wen and its representatives induced Plaintiffs to purchase Pozzi windows based upon false pretenses, false representations, and actual fraud on the part of Jeld-Wen

81. Jeld-Wen and its representatives deceived Plaintiffs and engaged in fraud and misrepresentation in at least the following respects:

    a. Failing to inform purchasers of Pozzi Windows of the inherent defects due to its manufacture of Pozzi Windows;

    b. Refusing to provide replacement windows and installation at its own costs;

    c. Representing that Jeld-Wen and Spenard are competent to fully and adequately sell and distribute Pozzi windows knowing the windows and glass doors had defects and were not suitable for their intended purpose.

    d. Failing to recall the defective Pozzi windows.

    e. Denying the defective nature of the Pozzi windows when consumers made warranty claims.

    f. Lying to its customers and its agents, including Spenard, regarding the true nature of the defects in its windows.

82. Jeld-Wen and Spenard continued to sell and distribute Pozzi windows while misrepresenting the quality of the windows and causing the purchasers to pay labor and/or installation costs and/or replacement costs of defective windows.

83. Plaintiffs obtained certain materials and supplies from Jeld-Wen and Spenard based on false representations they made to Plaintiffs and/or on the basis of false pretenses. Jeld-Wen and Spenard deceived Plaintiffs and engaged in fraud and misrepresentation by representing the quality of the windows and failing to disclose that the glass was subject to fail due to its inherent defects when consumers made warranty claims.

84. Jeld-Wen, Spenard, and Roderick C. Wendt are liable to Plaintiffs and Class Members in an amount to be determined at trial, as well as for punitive damages based upon fraud, deceit, and/or misrepresentation.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on behalf of himself and all others similarly situated,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

prays for relief and judgment against Jeld-Wen, Spenard and Roderick C. Wendt, jointly and severally, as follows:

1.  For an order certifying the Class under the appropriate provisions of Rule 23, as well as any appropriate subclasses, and appointing Plaintiffs and their legal counsel to represent the Class;

2.  Awarding actual and/or statutory damages, reimbursement, restitution and disgorgement against Jeld-Wen, Spenard, and Roderick C. Wendt, jointly and severally, in an amount to be proven at trial;

3.  Awarding injunctive relief and declaratory relief as provided by law;

4.  Awarding punitive damages in an amount to be proven at trial;

5.  For pre-judgment and post-judgment interest to Plaintiffs and the Class, as allowed by law;

6.  For reasonable attorneys' fees and costs to counsel for the Class if and when pecuniary benefits are obtained on behalf of the Class;

7.  For attorney fees pursuant to Alaska Civil Rule 82 and costs, and;

8.  Granting such other and further relief as is just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs, individually and on behalf of all others similarly situated, hereby demands a trial by jury of all issues so triable as a matter of right.

Dated this 3ʳᵈ day of June 2022.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for David G. and Bonnie J. Faulk

By /s/ *Charles G. Evans*
Charles G. Evans - ABA No. 7705019
Nicholas I. Bajwa – ABA No. 0705015

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

## Window Order Number G2218377671190

**From :** David G. Faulk <dfaulk@alaskan.com>          Tue, Sep 22, 2020 04:37 PM
**Subject :** Window Order Number G2218377671190
    **To :** mvolm@jeldwen.com
    **Cc :** DAVID FAULK <dfaulk@alaska.com>,
      bardon@alaska.com

mvolm@jeldwen.com

Re: Window Order Number G2218377671190

Dear Ms. Volm:

With this correspondence all matters concerning this particular order will henceforth be handled through me.

You have denied fulfilling this order for the following stated reasons:
1)  Your firm does not furnish grids.
2)  The order is two years old.

You also state that you have no record of previous legal actions or ongoing claims.

We will respond to this issue in writing, as failure of these windows is an ongoing issue from Case No. 3AN-01-11877-CI.. Pozzi windows was a party in this legal action with certain guarantees represented to cure an inherent vice of product.

Commitments were made to us by Mr. Jeff Holzem on September 11, 2014 that windows would continue to be replaced as they failed. I have tried to call Mr. Holzem but my efforts have not been successful and his phone number is no longer in use. If Mr. Holzem still works for your company, please forward his contact information. If he no longer works for your company, please provide the name and contact information for a the correct employee within your company as a contact to forward a complete complaint and claim history.

For the present, you are denying an obligation to fulfill a contract to furnish windows with grids. The windows were shipped with the wrong dimensions and wrong grids. Your company accepted full payment to furnish windows which were to be of correct size and dimensions with grids.

Your company accepted responsibility for manufacturing the windows of the wrong size and re-sent windows of correct size; but without properly sized grids. This shipment was received with improperly sized windows and grids in late 2018. You entered into an agreement to fulfill this shipment with your company's demand to receive six thousand dollars ($6,000) in advance. This demand for payment violated previous agreement, but was paid on July 27, 2018 in the amount of $6,637.62 by this firm, as the ongoing errors and delays in

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 19 of 44

manufacturing forced us to accommodate your payment demands in order to expedite delivery and receipt of these windows. We have bent over backwards to accommodate your changing demands. Bear in mind that Alaska is unique in that our climate allows only a 5-month construction season, and any manufacturing delay will result in a full season in delay.

The inherent vice of product began before the first window was installed. It now appears that our estimated direct out-of-pocket costs may exceed one million dollars ($1,000,000).

Bear in mind that this is formal notice that your firm has acted in bad faith and product liability will not be protected by any statute of limitations, as your firm has had continued claims ongoing on these claims from the date of the first delivery and your company has been given the opportunity to correct timely every year.

It is time for you to ensure that these grids, of proper size, are shipped timely. You demanded and received full payment in advance and you have violated trust by not fulfilling your obligation.

Respectfully,

David G. Faulk

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) to which it is addressed and may contain confidential, privileged or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message, attachments or any part of them. If you have received this message in error, please notify the sender immediately and destroy the original message, attachments and all copies thereof.

EXHIBIT 1

2 of 2

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 20 of 44



*Whole project after discount*

EXHIBIT 2        1 of 24



**Quote (Copy)**
Aaron Goodreau  9079525093

**Dave Faulk**
8631 Bluffwood Cir
Anchorage , AK 99502

ANC/MatSu 3 1 21

| ID# | ROOM | SIZE | DETAILS |
|---|---|---|---|
| 101 | family room | 48 W 80 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt install |
| 102 | family room | 36 W 80 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 5h  **Misc:** Kyt install |
| 103 | family room | 36 W 80 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 5h  **Misc:** Kyt install |
| 105 | family room | 36 W 80 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 5h  **Misc:** Kyt install |
| 106 | family room | 48 W 80 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt install |

2

| 107 | family room | 48 W<br>80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 4w x 5h **Misc:** Kyt install |
| 108 | kitchen sink | 72 W<br>55 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 6w x 3h **Misc:** Kyt install |
| 109 | kitchen sink | 36 W<br>55 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 3h **Misc:** Kyt install |
| 110 | kitchen table | 48 W<br>80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 4w x 5h **Misc:** Kyt install |
| 112 | kitchen table | 48 W<br>80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 4w x 5h **Misc:** Kyt install |
| 112a | sitting room | 72 W<br>46 H | | **Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Open Hub Sunburst **Misc:** Kyt install |

3

**112b** sitting room    36 W
92 H

**Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 6h **Misc:** Kyt install

**112c** sitting room    36 W
92 H

**Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 6h **Misc:** Kyt install

**112d** sitting room    36 W
92 H

**Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 6h **Misc:** Kyt install

**112e** sitting room    36 W
92 H

**Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 6h **Misc:** Kyt install

**113a** sitting room    72 W
46 H

**Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Open Hub Sunburst **Misc:** Kyt install

**113b** sitting room    36 W
92 H

**Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 6h **Misc:** Kyt install

4

**113c** sitting room    36 W      **Window:** Picture , Full Frame, 2" Brickmould / Traditional,
                 92 H       Exterior Sandtone, Interior Maple  **Glass:** All Sash: High
Performance SmartSun Glass, No Pattern  **Grille Style:** Full
Divided Light (FDL with spacer) , Permanently Applied Interior
Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 6h
**Misc:** Kyt install

**113d** sitting room    36 W      **Window:** Picture , Full Frame, 2" Brickmould / Traditional,
                 92 H       Exterior Sandtone, Interior Maple  **Glass:** All Sash: High
Performance SmartSun Glass, No Pattern , Tempered Glass
**Grille Style:** Full Divided Light (FDL with spacer) ,
Permanently Applied Interior Wood Grille  **Grille Pattern:** All
Sash: Colonial 3w x 6h  **Misc:** Kyt install

**113e** sitting room    36 W      **Window:** Picture , Full Frame, 2" Brickmould / Traditional,
                 92 H       Exterior Sandtone, Interior Maple  **Glass:** All Sash: High
Performance SmartSun Glass, No Pattern , Tempered Glass
**Grille Style:** Full Divided Light (FDL with spacer) ,
Permanently Applied Interior Wood Grille  **Grille Pattern:** All
Sash: Colonial 3w x 6h  **Misc:** Kyt install

**114a** sitting room    72 W      **Specialty:** Circle Top , Full Frame, 2" Brickmould /
                 46 H       Traditional, Exterior Sandtone, Interior Maple  **Glass:** All
Sash: High Performance SmartSun Glass, No Pattern  **Grille
Style:** Full Divided Light (FDL with spacer) , Permanently
Applied Interior Wood Grille  **Grille Pattern:** All Sash: Open
Hub Sunburst  **Misc:** Kyt install

**114b** sitting room    36 W      **Window:** Picture , Full Frame, 2" Brickmould / Traditional,
                 92 H       Exterior Sandtone, Interior Maple  **Glass:** All Sash: High
Performance SmartSun Glass, No Pattern  **Grille Style:** Full
Divided Light (FDL with spacer) , Permanently Applied Interior
Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 6h
**Misc:** Kyt install

**114c** sitting room    36 W      **Window:** Picture , Full Frame, 2" Brickmould / Traditional,
                 92 H       Exterior Sandtone, Interior Maple  **Glass:** All Sash: High
Performance SmartSun Glass, No Pattern  **Grille Style:** Full
Divided Light (FDL with spacer) , Permanently Applied Interior
Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 6h
**Misc:** Kyt install

5

| | | | | |
|---|---|---|---|---|
| **114d** | sitting room | 36 W<br>92 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 6h **Misc:** Kyt install |
| **114e** | sitting room | 36 W<br>92 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 6h **Misc:** Kyt install |
| **115** | library | 36 W<br>80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 5h **Misc:** Kyt install |
| **116** | library | 36 W<br>80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 5h **Misc:** Kyt install |
| **117** | library | 36 W<br>80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 5h **Misc:** Kyt install |
| **118** | library | 36 W<br>80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 5h **Misc:** Kyt install |

6

EXHIBIT 2          6 of 24

| 119 | library | 36 W<br>80 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 3w x 5h  Misc: Kyt install |
| 120 | library | 36 W<br>80 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 3w x 5h  Misc: Kyt install |
| 122 | betty's room | 24 W<br>80 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 2w x 5h  Misc: Kyt install |
| 123 | betty's room | 36 W<br>80 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 3w x 5h  Misc: Kyt install |
| 124 | betty's room | 24 W<br>80 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 2w x 5h  Misc: Kyt install |
| 126 | betty's room | 18 W<br>80 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 1w x 5h  Misc: Kyt install |

7

EXHIBIT 2

7 of 24

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 27 of 44

| 127 | betty's room | 48 W 80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt Install |
|---|---|---|---|---|
| 128 | betty's room | 18 W 80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 1w x 5h  **Misc:** Kyt Install |
| 128 | betty's b-room | 30 W 30 H | | **Specialty:** Circle , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 2w x 2h  **Misc:** Kyt Install |
| 129b | front fireplace | 60 W 77 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt install |
| 129a | front fireplace | 60 W 30 H | | **Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Open Hub Sunburst  **Misc:** Kyt Install |
| 129c | front fireplace | 60 W 92 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 6h  **Misc:** Kyt Install |

*8*

EXHIBIT 2

8 of 24

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 28 of 44

| | | | |
|---|---|---|---|
| **130a** front fireplace | 60 W 30 H |  | **Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Open Hub Sunburst  **Misc:** Kyt install |
| **130b** front fireplace | 60 W 77 H |  | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt install |
| **130c** front fireplace | 60 W 92 H |  | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 6h  **Misc:** Kyt install |
| **131a** front fireplace | 60 W 30 H |  | **Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Open Hub Sunburst  **Misc:** Kyt install |
| **131b** front fireplace | 60 W 77 H |  | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt install |
| **131c** front fireplace | 60 W 92 H |  | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 6h  **Misc:** Kyt install |

9

EXHIBIT 2                    9 of 24

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 29 of 44

**132a** front fireplace    55 W    **Specialty:** Circle Top , Full Frame. 2" Brickmould /
                                         30 H    Traditional, Exterior Sandtone. Interior Maple   **Glass:** All
Sash: High Performance SmartSun Glass, No Pattern   **Grille Style:** Full Divided Light (FDL with spacer) , Permanently
Applied Interior Wood Grille   **Grille Pattern:** All Sash: Open Hub Sunburst   **Misc:** Kyt install

**132b** front fireplace    55 W    **Window:** Picture , Full Frame, 2" Brickmould / Traditional,
                                           77 H    Exterior Sandtone, Interior Maple   **Glass:** All Sash: High
Performance SmartSun Glass, No Pattern   **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior
Wood Grille   **Grille Pattern:** All Sash: Colonial 4w x 5h   **Misc:** Kyt install

**132c** front fireplace    55 W    **Window:** Picture , Full Frame, 2" Brickmould / Traditional,
                                           92 H    Exterior Sandtone, Interior Maple   **Glass:** All Sash: High
Performance SmartSun Glass, No Pattern , Tempered Glass
**Grille Style:** Full Divided Light (FDL with spacer) ,
Permanently Applied Interior Wood Grille   **Grille Pattern:** All
Sash: Colonial 4w x 6h   **Misc:** Kyt install

**133a** front entry    48 W    **Specialty:** Circle Top , Full Frame. 2" Brickmould /
                                    30 H    Traditional, Exterior Sandtone. Interior Maple   **Glass:** All
Sash: High Performance SmartSun Glass, No Pattern   **Grille Style:** Full Divided Light (FDL with spacer) , Permanently
Applied Interior Wood Grille   **Grille Pattern:** All Sash: Open Hub Sunburst   **Misc:** Kyt install

**133b** front entry    48 W    **Window:** Picture , Full Frame, 2" Brickmould / Traditional,
                                    77 H    Exterior Sandtone, Interior Maple   **Glass:** All Sash: High
Performance SmartSun Glass, No Pattern   **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior
Wood Grille   **Grille Pattern:** All Sash: Colonial 3w x 5h   **Misc:** Kyt install

**134** front entry    48 W    **Window:** Picture , Full Frame, 2" Brickmould / Traditional,
                                92 H    Exterior Sandtone, Interior Maple   **Glass:** All Sash: High
Performance SmartSun Glass, No Pattern , Tempered Glass
**Grille Style:** Full Divided Light (FDL with spacer) ,
Permanently Applied Interior Wood Grille   **Grille Pattern:** All
Sash: Colonial 3w x 6h   **Misc:** Kyt install

10

Case 3:22-cv-00171-JMK    Document 1-1    Filed 07/21/22    Page 30 of 44

| 135b | above front door | 80 W 68 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 6w x 5h  Misc: Kyt install |
|------|------|------|------|------|
| 135a | above front door | 48 W 30 H | | Specialty: Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Open Hub Sunburst  Misc: Kyt install |
| 136a | front entry | 48 W 30 H | | Specialty: Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Open Hub Sunburst  Misc: Kyt install |
| 136b | front entry | 48 W 77 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 3w x 5h  Misc: Kyt install |
| 136c | front entry | 48 W 92 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All. Sash: Colonial 3w x 6h  Misc: Kyt install |
| 137a | dining table | 55 W 30 H | | Specialty: Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Open Hub Sunburst  Misc: Kyt install |

11

| 137c | dining table | 55 W<br>92 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern., Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 6h  **Misc:** Kyt Install |
| 137b | dining table | 55 W<br>77 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt Install |
| 138a | dining table | 60 W<br>30 H | | **Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Open Hub Sunburst  **Misc:** Kyt Install |
| 138b | dining table | 55 W<br>77 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt Install |
| 138c | dining table | 55 W<br>92 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 6h  **Misc:** Kyt Install |
| 139a | dining table | 60 W<br>30 H | | **Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Open Hub Sunburst  **Misc:** Kyt Install |

12

EXHIBIT 2      12 of 24

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 32 of 44

| | | | | |
|---|---|---|---|---|
| **139b** | dining table | 55 W<br>77 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt Install |
| **139c** | dining table | 55 W<br>92 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 6h  **Misc:** Kyt install |
| **140a** | dining table | 60 W<br>30 H | | **Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Open Hub Sunburst  **Misc:** Kyt install |
| **140b** | dining table | 55 W<br>77 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt Install |
| **140c** | dining table | 55 W<br>92 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 6h  **Misc:** Kyt install |
| **141** | craft room | 36 W<br>80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 5h  **Misc:** Kyt install |

13

| | | | |
|---|---|---|---|
| **142** | craft room | 36 W<br>80 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional. Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 5h **Misc:** Kyt Install |
| **143** | pantry | 36 W<br>80 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional. Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 5h **Misc:** Kyt Install |
| **144a** | stairs | 24 W<br>30 H | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Renaissance 3w x 2h **Misc:** Kyt Install , Grilles 2w by 2h |
| **144b** | stairs | 24 W<br>77 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional. Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 2w x 5h **Misc:** Kyt Install |
| **144c** | stairs | 24 W<br>92 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 2w x 6h **Misc:** Kyt Install |
| **145a** | stairs | 24 W<br>30 H | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Renaissance 3w x 2h **Misc:** Kyt Install , Grilles 2w by 2h |

14

EXHIBIT 2

14 of 24

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 34 of 44

| | | | |
|---|---|---|---|
| **145b** stairs | 24 W<br>77 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 2w x 5h   **Misc:** Kyt Install |
| **145c** stairs | 24 W<br>92 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 2w x 6h   **Misc:** Kyt Install |
| **146a** stairs | 24 W<br>30 H | | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Renaissance 3w x 2h   **Misc:** Kyt Install , Grilles 2w by 2h |
| **146b** stairs | 24 W<br>77 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 2w x 5h   **Misc:** Kyt Install |
| **146c** stairs | 24 W<br>92 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 2w x 6h   **Misc:** Kyt Install |
| **147a** stairs | 24 W<br>30 H | | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Renaissance 3w x 2h   **Misc:** Kyt Install , Grilles 2w by 2h |

15

| | | |
|---|---|---|
| **147b** stairs | 24 W<br>77 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 2w x 5h **Misc:** Kyt install |
| **147c** stairs | 24 W<br>92 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 2w x 6h. **Misc:** Kyt install |
| **148a** stairs | 24 W<br>30 H | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Renaissance 3w x 2h **Misc:** Kyt install , Grilles 2w by 2h |
| **148b** stairs | 24 W<br>77 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 2w x 5h **Misc:** Kyt install |
| **148c** stairs | 24 W<br>92 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 2w x 6h **Misc:** Kyt install |
| **149a** stairs | 24 W<br>30 H | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Renaissance 3w x 2h **Misc:** Kyt install , Grilles 2w by 2h |

16

| 149b | stairs | 24 W<br>77 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 2w x 5h **Misc:** Kyt install |
| 149c | stairs | 24 W<br>92 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 2w x 6h **Misc:** Kyt install |
| 150 | garage | 48 W<br>80 H | | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Renaissance 5w x 4h **Misc:** Kyt install . Grilles 3w by 4h |
| 151 | garage | 48 W<br>80 H | | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Renaissance 5w x 4h **Misc:** Kyt install , Grilles 3w by 4h |
| 152a | garage | 48 W<br>80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 4w x 5h **Misc:** Kyt install |
| 152b | garage | 48 W<br>80 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 4w x 5h **Misc:** Kyt install |

17

| | | | |
|---|---|---|---|
| 201 | upstairs east bedroom | 24 W<br>64 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 2w x 4h **Misc:** Kyt Install |
| 202 | upstairs east bedroom | 38 W<br>68 H | **Window:** Casement , Single, Left, Base Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Hardware:** Stone **Screen:** TruScene , Full Screen **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 4h **Misc:** Kyt Install |
| 203 | upstairs east bedroom | 24 W<br>64 H | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 2w x 4h **Misc:** Kyt Install |
| 204 | upstairs east bedroom | 48 W<br>68 H | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) **Grille Pattern:** All Sash: Renaissance 3w x 2h **Misc:** Kyt install , 3w by 4h grilles |
| 205 | upstairs east bedroom | 16 W<br>64 H | **Specialty:** Half Springline , Right, Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 3h **Misc:** Kyt Install , Grilles 1w by 4h |
| 206a | upstairs east bedroom | 48 W<br>24 H | **Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Open Hub Sunburst **Misc:** Kyt Install |

18

EXHIBIT 2

18 of 24

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 38 of 44

**206b** upstairs east bedroom 80 W
64 H

**Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 4h  **Misc:** Kyt Install

**207** upstairs east bedroom 60 W
64 H

**Specialty:** Half Springline , Left, Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 3h  **Misc:** Kyt Install , Grilles 1w by 4h

**207** upstairs east bath 30 W
30 H

**Specialty:** Circle , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 2w x 2h  **Misc:** Kyt Install

**209a** upstairs middle bedroom 36 W
18 H

**Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Open Hub Sunburst  **Misc:** Kyt Install

**209b** middle bedroom 36 W
48 H

**Window:** Casement , Single, Left, Base Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Hardware:** Stone  **Screen:** TruScene , Full Screen  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 3h  **Misc:** Kyt Install

**210a** upstairs middle bedroom 36 W
16 H

**Specialty:** Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Open Hub Sunburst  **Misc:** Kyt Install

19

**210b** upstairs middle bedroom 38 W
72 H

Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 5h **Misc:** Kyt Install

**211a** upstairs middle bedroom 38 W
16 H

Specialty: Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Open Hub Sunburst **Misc:** Kyt Install

**211b** middle bedroom 36 W
72 H

Window: Casement , Single, Left, Base Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Hardware:** Stone **Screen:** TruScene , Full Screen **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 5h **Misc:** Kyt Install

**212a** upstairs middle bedroom 38 W
16 H

Specialty: Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Open Hub Sunburst **Misc:** Kyt Install

**212b** upstairs middle bedroom 38 W
72 H

Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Colonial 3w x 5h **Misc:** Kyt Install

**213a** upstairs middle bedroom 38 W
16 H

Specialty: Circle Top , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple **Glass:** All Sash: High Performance SmartSun Glass, No Pattern **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille **Grille Pattern:** All Sash: Open Hub Sunburst **Misc:** Kyt Install

*20*

EXHIBIT 2

| | | | | |
|---|---|---|---|---|
| 213b | upstairs middle bedroom | 120 W 72 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 3w x 5h   Misc: Kyt install |
| 214 | upstairs middle bath | 24 W 36 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 2w x 2h   Misc: Kyt install |
| 215 | upstairs office | 48 W 65 H | | Specialty: Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Renaissance 4w x 3h   Misc: Kyt install |
| 216 | upstairs office | 48 W 65 H | | Specialty: Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Renaissance 4w x 3h   Misc: Kyt install |
| 217 | upstairs office | 48 W 65 H | | Specialty: Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Renaissance 4w x 3h   Misc: Kyt install |
| 218 | exercise room | 48 W 66 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 4w x 5h   Misc: Kyt install |

21

EXHIBIT 2

21 of 24

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 41 of 44

| | | | | |
|---|---|---|---|---|
| **219a** | exercise room | 36 W<br>66 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 5h   **Misc:** Kyt install |
| **219b** | exercise room | 36 W<br>66 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 5h   **Misc:** Kyt install |
| **220a** | master bed | 48 W<br>66 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h  **Misc:** Kyt install |
| **220b** | master bed | 48 W<br>66 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 4w x 5h   **Misc:** Kyt Install |
| **220c** | master bed | 36 W<br>66 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 5h   **Misc:** Kyt install |
| **221** | master bed | 36 W<br>66 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 5h   **Misc:** Kyt install |

22

EXHIBIT 2                    22 of 24

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 42 of 44

| | | | | |
|---|---|---|---|---|
| 222 | master bed | 36 W 66 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 5h  **Misc:** Kyt install |
| 223 | master bed | 36 W 66 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 3w x 5h  **Misc:** Kyt install |
| 226 | master closet | 48 W 65 H | | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Renaissance 4w x 3h  **Misc:** Kyt install |
| 227 | master closet | 48 W 65 H | | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Renaissance 4w x 3h  **Misc:** Kyt install |
| 228 | master bath | 48 W 65 H | | **Specialty:** Springline , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Renaissance 4w x 3h  **Misc:** Kyt install |
| 229 | master bath | 24 W 60 H | | **Window:** Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  **Glass:** All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  **Grille Style:** Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  **Grille Pattern:** All Sash: Colonial 2w x 4h  **Misc:** Kyt install |

23

EXHIBIT 2

23 of 24

Case 3:22-cv-00171-JMK   Document 1-1   Filed 07/21/22   Page 43 of 44

| | | | | |
|---|---|---|---|---|
| 230 | master bath | 48 W 60 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 4w x 4h  Misc: Kyt install |
| 231 | master bath | 24 W 60 H | | Window: Picture , Full Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 2w x 4h  Misc: Kyt install |
| 125 | betty's room | 32 W 78 H | | Window: Casement , Single, Left, Base Frame, 2" Brickmould / Traditional, Exterior Sandtone, Interior Maple  Glass: All Sash: High Performance SmartSun Glass, No Pattern , Tempered Glass  Hardware: Stone  Screen: TruScene . Full Screen  Grille Style: Full Divided Light (FDL with spacer) , Permanently Applied Interior Wood Grille  Grille Pattern: All Sash: Colonial 3w x 6h  Misc: Kyt install |

**WINDOWS: 95     PATIO DOORS: 0     SPECIALTY: 39     MISC: 0                                        TOTAL   $1,093,057**

**UPDATED: 10/06/21**

24