# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID G. FAULK, *et al.*,<br><br>  Plaintiffs,<br>  v.<br><br>JELD-WEN, Inc., d/b/a Pozzi Window Company, *et al.*,<br><br>  Defendants. | Case No. 3:22-cv-00171-SLG |

## ORDER RE MOTIONS FOR ATTORNEYS' FEES

Before the Court at Docket 88 is Defendant Spenard Builders Supply, LLC's Motion for Attorneys' Fees. Plaintiffs did not file a response to the motion. Good cause being shown, the motion is hereby GRANTED. IT IS ORDERED that pursuant to Alaska Rule of Civil Procedure 82 and Local Civil Rule 54.2, Spenard Builders Supply, LLC is hereby awarded attorneys' fees in the amount of **$2,928.10**.

Also before the Court at Docket 85 is Defendants JELD-WEN, Inc. d/b/a Pozzi Window Company and Roderick C. Wendt's Motion for Attorneys' Fees. Plaintiffs did not file a response to the motion. Good cause being shown, the motion is hereby GRANTED. IT IS ORDERED that pursuant to Alaska Rule of Civil Procedure 82 and Local Civil Rule 54.2, JELD-WEN and Wendt are hereby awarded attorneys' fees in the amount of **$29,012.80.**

The final judgment shall be amended to reflect these amounts.

DATED this 1st day of July 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cv-00171-SLG, *Faulk, et al. v. JELD-WEN, Inc., et al.*
Order re Pending Motions Requesting Attorneys' Fees
Page 2 of 2
Case 3:22-cv-00171-SLG   Document 96   Filed 07/01/24   Page 2 of 2